

# The Attorney General

# of Texas

Austin 11, Texas

WAGGONER CARR
ATTORNEY GENERAL

January 27, 1965

Honorable Jules Damiani, Jr.        Opinion No. C-381
Criminal District Attorney
County Courthouse                   Re:  Control of property
Galveston, Texas                         leases owned by a city
                                         subsequent to the dis-
                                         solution of the corpo-
                                         rate existence of such
Dear Mr. Damiani:                        city.

        A certain city seeks to abolish its corporate exist-
ence by following the procedure outlined in Article 1243,
Vernon's Civil Statutes.  In connection therewith, you re-
quest our opinion as to who will exercise control, after
dissolution of the corporation, of certain water front
property leases heretofore entered into by the city with
the property owners.

        In our opinion, control of such leases will vest in
the County Commissioners Court under the terms of Article
1260, Vernon's Civil Statutes, which reads as follows:

        "When any corporation is abolished under
        the provisions of this chapter (which chapter
        includes Article 1243, supra), and shall at
        the time of any such abolishment own any
        public buildings, public parks, public works
        or other property, and the same shall not
        have been sold or disposed of as provided
        in this chapter, the same shall be managed
        and controlled by the commissioners court of
        such county for the purpose to which same
        were originally used and intended; and, for
        this purpose, the commissioners court shall
        have and exercise, with reference thereto,
        the powers originally conferred by charter
        upon the mayor and aldermen of such city."

Should there be any indebtedness outstanding at the time of such corporate dissolution, your attention is directed to Articles 1244-5, Vernon's Civil Statutes, which authorize a receiver to take charge of the corporate property under certain circumstances, and to Article 1262, Vernon's Civil Statutes, which authorizes city officials holding office at the time of dissolution, or in event of their failure to act, authorizing certain court appointed trustees, to take charge of the corporate property.

### SUMMARY

Control of water front property leases owned by a city whose corporate existence is abolished under the procedure outlined in Article 1243, V.C.S., passes upon such abolition to the County Commissioners Court under the provisions of Article 1260, V.C.S. In event there is outstanding indebtedness at the time of such dissolution, attention is directed to Articles 1244-5 and 1262, V.C.S., authorizing other parties to take charge of the corporate property under certain circumstances.

Yours very truly,

WAGGONER CARR
Attorney General of Texas

By J. Arthur Sandlin
J. Arthur Sandlin
Assistant

JAS:afg/dm

APPROVED:

OPINION COMMITTEE

W. V. Geppert, Chairman
Milton Richardson
Pat Bailey
Harold Kennedy
Ben Harrison

APPROVED FOR THE ATTORNEY GENERAL
By: Stanton Stone